# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| WILLIE J. BARBER, | Case No. 21-CV-607 (NEB/DTS) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| CUB FOODS STORE DIRECTOR, et al., | |
| Defendants. | |

The Court has received the April 30, 2021 Report and Recommendation of United States Magistrate Judge David T. Schultz. (ECF No. 9.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 9) is ACCEPTED; and

2. The claims against defendants Nicolodean Universe, Aramark Food Service, Target Center, Personnel Plus Jointly, Atlas Temp, Dolphin

3. Staffing, The Local, and Dollar Tree are DISMISSED WITHOUT PREJUDICE.

Dated: June 18, 2021

BY THE COURT:

<u>s/Nancy E. Brasel</u>
Nancy E. Brasel
United States District Judge